IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

DANIEL R. JARMON,

        Petitioner,

  - vs -

WARDEN Southeastern Correctional Institution,

        Respondent.

Case No. 1:24-cv-278

District Judge Susan J. Dlott
Magistrate Judge Michael R. Merz

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No.8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, despite an extension of time, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

June __10__, 2025.

                                            _Susan J. Dlott_
                                            Susan J. Dlott
                                            United States District Judge